<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7100**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

CLARENCE JEFFERSON,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:00-cr-00221-REP-1)

Submitted:  February 25, 2010        Decided:  March 3, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence Jefferson, Appellant Pro Se.   John Staige Davis, V,
Assistant  United  States  Attorney,  Richmond,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Jefferson appeals the district court's order denying his motion properly construed as one for modification of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Jefferson, No. 3:00-cr-00221-REP-1 (E.D. Va. May 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED